CONFIDENTIAL

**PLAINTIFF'S EXHIBIT A**



# HUNTINGTON WORK RELEASE CENTER
EARL RAY TOMBLIN, Governor
JOSEPH C. THORNTON, Cabinet Secretary
JIM RUBENSTEIN, Commissioner
RENAE STUBBLEFIELD, Administrator



1236 5th Avenue
Huntington West Virginia 25701
Phone: (304) 529-6885 – FAX: (304) 529-0205

**TO:** Renae Stubblefield
Administrator

**FROM:** Donna J. Trimboli
Unit Manager

**DATE:** 09 February 2016

**RE:** Inquiry- PREA Allegation- Cpl. James Widen and Inmate Tania Cordwell OID# 3558291

I conducted interviews with Cpl. James Widen and Inmate Tania Cordwell OID# 3558291 due to receiving a PREA Allegation. The following is a summary of the interviews:

### Inmate Tania Cordwell OID# 3558291- 08 February 2016

I conducted an interview with Inmate Tania Cordwell concerning a PREA allegation that she was masturbating in her assigned bed in Dorm 5 while a male Correctional Officer was sitting in a chair watching her. Inmate Cordwell stated this was not true and she denied any such incident had occurred. I asked her if she had anything further to add concerning this alleged incident. Inmate Cordwell said "This is untrue". I asked her if she was ever put in a compromising position with any of the Correctional Officers Inmate Cordwell said, "All the male staff treat me with respect and have never given me any indication they wanted anything inappropriate from me. Even Cpl. Starcher treats me with respect because I know how he is going to be whenever he is here" She also said, "This just blows me away and it is embarrassing. It is completely false and I don't know why anyone would say something like this"

I instructed Inmate Cordwell not to discuss this allegation or meeting with any inmate or staff person other than myself or Administrator Renae Stubblefield.

### Cpl. James Widen- 09 February 2016

I conducted an interview with Cpl. James Widen concerning a PREA allegation that he was seen sitting in a chair in Dorm 5 watching Inmate Tania Cordwell masturbating in her assigned bed. I asked Cpl. Widen what he could tell me about this allegation, he stated he did not know anything about a female masturbating let alone him sitting in a chair watching it. He said, "I always announce myself whenever I enter the female dorm." I asked him why he entered the female dorm. He stated he goes in the female dorm to make counts or rounds and is in there for only a minute or so. I asked him if there any reason he would be in the female dorm longer and he stated if an inmate had a question or he was waking them up for food service detail he could be in the dorm for maybe three minutes. I asked him if he had anything further to add. Cpl. Widen stated no, nothing out of the ordinary.

CONFIDENTIAL

I instructed Cpl. Widen not to discuss this allegation with any inmate or staff person other than myself or Administrator Renae Stubblefield.

I did not provide the names of any staff persons or inmates involved in the allegation to Inmate Cordwell due to the nature of the allegation. I did not provide the names of any inmates who are involved in the allegation to Cpl. Widen due to the nature of the allegation.

 **Incident Confidential Note**

# 34532

## Confidential Notes

On Sunday, 07 February 2016 at approximate 1000 hours, I Corporal Yvonna Maynard was working in the Control area. At 1007, I received a call from Lt. Anthony King at Lakin Correctional Center. Lt. King asked me if I was the shift Commander and I informed him that I was. Lt. King told me that , Inmate Teresa Miller #3540153 (an ex inmate here to HWR) called the PREA Hot Line Number at approximately 0928 this day to report an incident that took place here at this facility. Lt. King stated that CO I Theise took inmate Millers report. Inmate Miller stated on her report was, on Feb 02, 2016 and Feb 03, 2016, the male officer that was working with Officer King (Corporal James Widen) was up in the female dorm (#5) was sitting in a chair watching as inmate Tonia
(Cordwell #3558291) play with herself. Lt King told me that they were trying to get a hold of the PREA investigator Robin Ramey. This call then ended.

## Administration

**Created By**  
Maynard, Yvonna

**Created On**  
2/8/2016 17:34

**Modified By**  
Maynard, Yvonna

**Modified On**  
2/8/2016 17:34

**Owner**  
Maynard, Yvonna

**Name**  
34532

**Incident Report**  
34532

Status          Active

CONFIDENTIAL

I Corrections Councilor II John Judy was approached by I/M Teresa Miller OID#3540153 in the C-Pod Councilor's Office at approximately 17:26 on 4 February 2016. She had questions about why she was returned and also to report things she saw at the Huntington Work Release Center. She said that the officer on duty last night at the Huntington Work Release center smoked cigarettes with inmates and gave inmates packages. She also said that an inmate had put on a show for the officer one night. I reported what the I/M said to me to Lt.Livingston and she informed me to write an incident confidential note describing what I was told. End Report.

WV DOC 002018