IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

TANIA CORDWELL,

        Plaintiff,

v.

        Civil Action No. 2:18-CV-00913
        Consolidated with:
        Civil Action No. 2:18-CV-00915 (Youst)
        Civil Action No. 2:18-CV-00927 (Canfield)

        Honorable Thomas E. Johnston
        Honorable Magistrate Judge Dwane L. Tinsley

C.O. JAMES WIDEN, individually and in his official capacity
as a correctional officer of The West Virginia Division of
Corrections; RENAE STUBBLEFIELD, individually and in her
official capacity as an administrator of The West Virginia Division
of Corrections; SGT. WILLIAM BEACH, individually and in his
official capacity as a sergeant of The West Virginia Division of Corrections;
C.O. KING, individually and in his official capacity as a correctional
officer of The West Virginia Division of Corrections;
THE WEST VIRGINIA DIVISION OF CORRECTIONS;
and JOHN DOE, an unknown person or persons,

        Defendants.

## ORDER OF RULE 41 DISMISSAL OF RENAE STUBBLEFIELD, THE WEST VIRGINIA DIVISION OF CORRECTIONS, SGT. WILLIAM BEACH, C.O. KING, AND JOHN DOE

On this day came the Plaintiffs, Tania Cordwell, Alesha Canfield, and April Youst, by counsel, Michael A. Woelfel and the law firm of Woelfel & Woelfel, LLC, and came Defendants The West Virginia Division of Corrections[1], and Renae Stubblefield, by counsel, Lou Ann S. Cyrus, Dominick R. Pellegrin, and Shuman, McCuskey & Slicer, PLLC, and came Defendants, Sgt. William Beach and C.O. King, by counsel, Michael D. Mullins, and Steptoe & Johnson PLLC and announced to the Court that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the

---

[1] The West Virginia Division of Corrections has since been reorganized and is known as the West Virginia Division of Corrections and Rehabilitation.

Plaintiffs wish to voluntarily dismiss their claims against Defendants Renae Stubblefield, the West Virginia Division of Corrections, Sgt. William Beach, and C.O. King, and John Doe, with prejudice, without any consideration being exchanged.

Based upon the foregoing notice, the Court does hereby **DISMISS, with prejudice,** any and all claims of Plaintiffs against Defendants Renae Stubblefield, the West Virginia Division of Corrections, Sgt. William Beach, C.O. King, and John Doe, as set forth herein, with each party to bear its own costs and expenses, including attorney's fees, incurred in this action.

IT IS SO ORDERED.

The Clerk is directed to send certified copies of this Order to counsel of record as set forth below.

ENTERED this \_\_\_\_ day of _____, 2019.

_____
The Honorable Thomas E. Johnston

**Prepared by:**

/s/ Lou Ann S. Cyrus
Lou Ann S. Cyrus, Esq. (WVBN 6558)
Dominick R. Pellegrin, Esq. (WVBN 12276)
Shuman, McCuskey & Slicer, PLLC
Post Office Box 3953
Charleston, WV 25339-3953
*Counsel for Defendants Renae Stubblefield and
The West Virginia Division of Corrections*

**Inspected and Agreed to by:**

/s/ Michael A. Woelfel
Michael A. Woelfel, Esq. (WVBN 4106)
Woelfel & Woelfel, LLC
801 Eighth Street
Huntington, WV 25701
*Counsel for Plaintiff*

/s/ Julie Meeks Greco
Julie Meeks Greco, Esq. (WVBN 7484)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street
Charleston, WV 25301
*Counsel for Defendant C.O. Widen*

/s/ Michael D. Mullins
Michael D. Mullins, Esquire
Colton Chase Parsons, Esquire
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
Post Office Box 1588
Charleston, WV 25326-1588
*Counsel for Sgt. William Beach and C.O. Sasha King*