IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TANIA CORDWELL,

          Plaintiff,

v.                                   CIVIL ACTION NO.   2:18-cv-00913

C.O. JAMES WIDEN, individually
and in his official capacity as a correctional     
officer of The West Virginia Division of       Consolidated With:
Corrections, and THE WEST VIRGINIA        CIVIL ACTION NO.   2:18-cv-00915
DIVISION OF CORRECTIONS, and JOHN     CIVIL ACTION NO.   2:18-cv-00927
DOE, unknown person or persons,

          Defendants.

## PARTIAL DISMISSAL ORDER

      Plaintiffs Tania Cordwell, Alesha Canfield, and April Youst ("Plaintiffs") filed a notice of dismissal on November 18, 2019, pursuant to Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 235.)  Plaintiffs wish to voluntarily dismiss their claims against Defendants Renae Stubblefield, Sgt. William Beach, C.O. King, the West Virginia Department of Corrections, and John Doe with no consideration.  (*Id.* at 2.)  Only the claims against C.O. James Widen remain pending.  Therefore, the Court **ORDERS** that the claims against Defendants Renae Stubblefield, Sgt. William Beach, C.O. King, the West Virginia Department of Corrections, and John Doe be **DISMISSED WITH PREJUDICE**.  The Court **DIRECTS** the Clerk to **REMOVE** Renae

1

Stubblefield, Sgt. William Beach, C.O. King, the West Virginia Department of Corrections, and John Doe as parties to the present action.

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                      ENTER:        November 22, 2019

_____
THOMAS E. JOHNSTON, CHIEF JUDGE