IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**TANIA CORDWELL,**

    **Plaintiff,**

v.                                      **CIVIL ACTION NO.: 2:18-CV-00913**
                                             Civil Action No.: 2:18-cv-915 (Youst)
                                             Civil Action No.: 2:18-cv-927 (Canfield)
                                             **Honorable Thomas E. Johnston**

**C.O. JAMES WIDEN, individually and in
his official capacity as a correctional officer
of the West Virginia Division of
Corrections; et al.,**

    **Defendants.**

## FINAL DISMISSAL ORDER

NOW COME the Plaintiffs, Tania Cordwell, Alesha Canfield, and April Youst, by counsel, Michael A. Woelfel, Esquire and the law firm of Woelfel & Woelfel, LLP, and Defendant, C.O. James Widen, by counsel, Julie Meeks Greco, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and hereby represent to the Court that all matters in controversy between the parties have been settled and compromised and that the parties jointly move the Court to dismiss this matter with prejudice. The Court, being advised of the premises herein and finding no objection thereto, hereby **ORDERS** that this action is dismissed, with prejudice, and stricken from the docket, with the parties to bear their own costs and attorneys' fees.

It is therefore **ADJUDGED, ORDERED** and **DECREED** that Plaintiff's claims against Defendant Widen are hereby **DISMISSED** from this matter, **WITH PREJUDICE**, with the parties to bear their own costs and attorneys' fees.

The Clerk is directed to send certified copies of this Order to counsel of record at the

addresses listed below.

   ENTER this the _____ day of _____, 2019.


                _____
                **HONORABLE THOMAS E. JOHNSTON**

Prepared By:


*/s/Julie Meeks Greco*
Julie Meeks Greco, Esquire (WVSB #7484)
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone: (304) 344-0100
Facsimile: (304) 342-1545
Email: jgreco@pffwv.com
*Counsel for Defendant C.O. James Widen*


Approved and Agreed to by:


*/s/Michael A. Woelfel (w/permission)*
Michael A. Woelfel, Esquire (WVSB #4106)
WOELFEL & WOELFEL, LLP
801 Eighth Street
Huntington, WV 25701
Telephone: (304) 522-6249
Facsimile: (304) 522-9282
Email: mikewoelfel3@gmail.com
*Counsel for Plaintiffs*