IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TANIA CORDWELL,

        Plaintiff,

v.                                                                      CIVIL ACTION NO.   2:18-cv-00913

C.O. JAMES WIDEN, individually
and in his official capacity as a correctional                          Consolidated With:
officer of The West Virginia Division of                                CIVIL ACTION NO.   2:18-cv-00915
Corrections, and THE WEST VIRGINIA                                      CIVIL ACTION NO.   2:18-cv-00927
DIVISION OF CORRECTIONS, and JOHN
DOE, unknown person or persons,

        Defendants.

## ORDER

On December 11, 2019, Plaintiffs Tania Cordwell, Alesha Canfield, and April Youst and Defendant C.O. James Widen filed a Final Dismissal Order as the claims between these parties have been compromised and settled. (ECF No. 238.) The parties agree to dismiss this action, with each to bear its own costs. Accordingly, the Court **ORDERS** that this case is **DISMISSED WITH PREJUDICE**. The Court further **DIRECTS** the Clerk to remove this case from this Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:        December 13, 2019

THOMAS E. JOHNSTON, CHIEF JUDGE